UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RONALD TAYLOR,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | No. 3:13-MC-11-RLJ-HBG |
| BRADLEY KIDWELL,<br>    Defendant. | )<br>)<br>) | |

| | | |
|---|---|---|
| RONALD TAYLOR,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | No. 3:13-MC-12-RLJ-HBG |
| JASON STOKES,<br>    Defendant. | )<br>)<br>) | |

| | | |
|---|---|---|
| RONALD TAYLOR,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | No. 3:13-MC-13-RLJ-HBG |
| RICHARD SCARBROUGH,<br>    Defendant. | )<br>)<br>) | |

| | | |
|---|---|---|
| RONALD TAYLOR,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | No. 3:13-MC-14-RLJ-HBG |
| JASON LAWSON,<br>    Defendant. | )<br>)<br>) | |

## **MEMORANDUM AND ORDER**

These cases are before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a filing by Plaintiff Ronald Taylor, which, in substance, is a request for discovery. The Court finds that all of the matters in which Mr. Taylor has filed this request for discovery have been dismissed. The Court further finds that Mr. Taylor did not obtain a judgment in any of these matters and has not shown good cause for permitting post-judgment discovery pursuant to Rule 69 of the Federal Rules of Discovery.

Accordingly, the Court finds that the Plaintiff's request for discovery, filed October 14, 2014, is not well-taken, and it is **DENIED**.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge